QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PRITAM KAUR TAGGAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HARBANS KAUR HOTHI, PARAMJIT SINGH TAGGAR, PRITAM KAUR TAGGAR, and GURDEEP SINGH ATWAL<br><br>        Defendants. | NO. 1:04-cr-5291 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>DATE: July 5, 2005<br>TIME : 1:30 p.m.<br>DEPT: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference Hearing in the above captioned matter scheduled for June 20, 2005 be continued to **July 5, 2005 at 1:30 p.m.**

The grounds for the continuance are further plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the

///
///
///
///
///
///

interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

DATED: June 15, 2005                McGREGOR M. SCOTT
                                    United States Attorney


                                    /s/ David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

DATED: June 16, 2005                LAW OFFICES OF ANTHONY P. CAPOZZI


                                    /s/ Anthony P. Capozzi
                                    ANTHONY P. CAPOZZI
                                    Attorney for Defendants
                                    HARBANS KAUR HOTHI and
                                    PARAMJIT SINGH TAGGAR

DATED: June 16, 2005                QUIN DENVIR
                                    Federal Defender


                                    /s/ Melody M. Walcott
                                    MELODY M. WALCOTT
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    PRITAM KAUR TAGGAR

DATED: June 16, 2005                LAW OFFICE OF ROGER K. LITMAN


                                    /s/ Roger K. Litman
                                    ROGER K. LITMAN
                                    Attorney for Defendant
                                    GURDEEP SINGH ATWAL


**O R D E R**

**IT IS SO ORDERED**.

Dated: June _16_, 2005

                                    **/s/ OLIVER W. WANGER**

                                    _____
                                    OLIVER W. WANGER, Judge
                                    United States District Court
                                    Eastern District of California

Stipulation to Continue Status Conference Hearing          2