QUIN DENVIR, Bar #49374
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PRITAM KAUR TAGGAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:04cr05291 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL; AND ORDER THEREON |
| v. | ) ) | |
| PRITAM KAUR TAGGAR, | ) ) | |
| Defendants. | ) ) | Judge: Hon. Oliver W. Wanger |

**THE PARTIES HEREBY STIPULATE** that the order of release for defendant Pritam Kaur Taggar may be modified to allow her to travel with her family to the home of her brother-in-law and sister-in-law in Union Gap, Washington.  Ms. Pritam Kaur Taggar will be traveling by car.  She will leave on December 23, 2005 and return on or before January 1, 2006.  She will be residing at the home of her

///
///
///
///
///
///
///

1  in-laws, Amrjit Singh, at 3429 Good Man Road, Union Gap, Washington, 98903, (509) 833-0532.  All
2  other conditions of release remain in full force and effect.

McGREGOR M. SCOTT
United States Attorney

DATED: December 14, 2005                /s/ David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                        QUIN DENVIR
                                        Federal Defender


DATED: December 14, 2005                /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        PRITAM KAUR TAGGAR


**ORDER**

IT IS SO ORDERED.


DATED: December 15, 2005                /s/Oliver W. Wanger

                                        OLIVER W. WANGER, Judge
                                        United States District Court
                                        Eastern District of California

Stipulation to Modify Conditions of Release
for Travel; Proposed Order

2

Stipulation to Modify Conditions of Release
for Travel; Proposed Order