ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PARAMJIT SINGH TAGGAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO.: CR-F-04-5291 OWW |
| *Plaintiff*, | ) ORDER TO EXONERATE BOND |
| v. | ) |
| PARAMJIT SINGH TAGGAR, | ) |
| *Defendant*. | ) |

   IT IS HEREBY ORDERED, that the bond posted in the above entitled matter be exonerated, and the defendants passports be returned.

Dated: July __14_, 2006

                              It is so ordered,


                              _/S/ OLIVER W. WANGER_____
                              Hon. OLIVER W. WANGER,
                              United States District Court Judge

Page 1

Order to Exonerate Bond
Case No. 04-5291 OWW

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com